# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number 1:21-cv-02658

Peter J Rossick Jr.,
    Plaintiff,

v.

Experian Information Solutions, Inc,
Trans Union, LLC
National Credit Systems, Inc,
    Defendants.

---

## COMPLAINT
---

1. Plaintiff Peter J Rossick Jr. is an individual who resides in Aurora, CO.

2. Defendant Experian Information Solutions, Inc. ("Experian") is an Ohio corporation located at 475 Anton Boulevard, Costa Mesa, CA 92626.

3. Defendant National Credit Systems, Inc ("NCS") is a Georgia corporation located at 3750 Naturally Fresh Blvd, Atlanta, GA 30349.

4. Defendant Trans Union, LLC ("Trans Union") is a Delaware corporation located at 555 W Adams St, Chicago , IL 60661.

5. In or around 2017, Plaintiff's son, Peter J Rossick III, rented an apartment in Seattle at the Crest Apartments, and was later evicted from the property.

6. Crest Apartments assigned the debt of over $5,000 for collections to Defendant NCS.

7. For reasons that are unknown to Plaintiff, NCS began trying to collect the debt from Plaintiff instead of the actual debtor, Plaintiff's son.

8. In early 2021, Plaintiff contacted Defendant NCS and told them they that were improperly trying to collect this debt from him, instead of his son.

9. Defendant NCS sent Plaintiff a copy of the lease, and the lease did not contain Plaintiff's signature or initials on it, and was only signed by one person, Plaintiff's son.

10. In or around April 2021, Plaintiff became aware that the debt was appearing on his Experian and Trans Union credit reports.  Plaintiff disputed the inaccurate information with Experian and Trans Union.

11. Experian and Trans Union notified Defendant NCS of Plaintiff's dispute via the E-Oscar system.

12. NCS responded back to Experian and Trans Union that it had "verified" the accuracy of the data, when in reality it had not.

13. Experian and Trans Union then parroted what NCS said, took no other action at all to reinvestigate Plaintiff's dispute, and instead, blindly relied on NCS, a known unreliable source due to the fact that NCS was found liable for violating the FCRA in the past.

14. On May 8, 2021, Defendant Experian notified Plaintiff that it would not be removing the inaccurate information from his credit file.  In or around July 2021, Trans Union notified Plaintiff that it would not be removing the information from his credit reports.

## COUNT I, Fair Credit Reporting Act

15. Defendants Experian and Trans Union negligently and willfully violated 15 U.S.C. § 1681i by failing to perform a reasonable reinvestigation into Plaintiff's dispute, failing to review and consider all relevant information provided to it, and failing to provide Defendant NCS with all relevant information that it had received from Plaintiff.  Further, Experian and Trans Union outsourced the handling of the reinvestigation to the low wage operations center overseas, and failed to properly train its overseas vendor on how to do a proper reinvestigation in order to save the company money in the form of wages spent to investigate.

16. Defendant NCS negligently and willfully violated 15 U.S.C. § 1681s-2(b) by failing to perform a reasonable investigation into Plaintiff's dispute, which included failing to review its own documents such as the lease, which clearly show that Plaintiff never signed or initialed the agreement.  Instead, NCS simply rubber stamped its previous false reporting, and continued to blindly rely on the apartment complex.

17. Defendants' violations of the FCRA have caused Plaintiff actual damages, including harm to credit rating, inconvenience, and emotional distress.

18. Defendant Experian sold inaccurate credit reports to various third parties that contained the inaccurate NCS reporting on it.

WHEREFORE, Plaintiff prays for the following relief:

   a. Actual damages to be determined at trial;
   b. Punitive damages to be determined at trial;
   c. Attorney Fees and costs if Plaintiff is the prevailing party at trial;
   d. For such other relief as may be proper.


s/ Matthew R. Osborne
11178 Huron St., Ste 7
Northglenn, CO 80234
(303) 759-7018
matt@mrosbornelawpc.com


*Attorney for Plaintiff*

**PLAINTIFF DEMANDS TRIAL BY JURY**